UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS SHERIFF,

               Plaintiff,

    v.

AMAZON.COM INC,

               Defendant.

CASE NO. C25-2708-TL

REPORT AND RECOMMENDATION

Plaintiff filed an application to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915(a)(1). *See* Dkt. 4. The Court, following review of his application, issued an Order directing Plaintiff to submit a revised application that provides complete and detailed financial information by February 23, 2025. *See* Dkt. 5.

To date, Plaintiff has not responded or submitted a revised IFP application. Accordingly, the Court recommends that Plaintiff's IFP Application, Dkt. 4, be DENIED. This action should proceed only if Plaintiff pays the $405.00 filing fee within **thirty (30) days** after entry of the

Court's Order adopting this Report and Recommendation.  If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **March 17, 2026**.

Dated this 2nd day of March, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2